## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 06-131 (1) (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| Dameon Noel Leake, | |
| Defendant. | |

_____

**IT IS ORDERED** that the Motion for Continuance and Excludable Delay requested by counsel for the Defendant in the above matter is **GRANTED**.

The Defendant's position pleadings are to be filed with the Clerk of U.S. District Court and served on the U.S. Probation Office and office of opposing counsel on or before July 5, 2007.

Dated:  June 12, 2007

s/Richard H.Kyle
RICHARD H. KYLE
United States District Court Judge