# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# CR 06-131 (RHK)

_____

UNITED STATES OF AMERICA,

            Plaintiff,

v.                                                                                    **ORDER**

Dameon Noel Leake,

            Defendant.

_____

Upon petition of the defendant and pursuant to the Federal Rules of Criminal Procedure,

IT IS HEREBY ORDERED that the above-entitled matter and all proceedings herein shall be sealed by the Court and disclosed to no person other than the U.S. District Court, United States Attorney and defendant's court appointed attorney.

Dated: 7/12/07                      s/Richard H. Kyle
                                                  U.S. District Court Judge